IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN Q. KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| 935 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| 950 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

1. Plaintiff JOHN Q. KELLY brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search, issue a determination, and produce video and audio recordings from the investigation of Joran van der Sloot, who was charged in 2010 for wire fraud and extortion in connection to the disappearance of Natalee Holloway in Aruba in 2005.

### PARTIES

2. Plaintiff JOHN Q. KELLY made the FOIA request at issue.

3. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

7. Natalee Holloway, an eighteen-year-old resident of Mountain Brook, Alabama, was last seen alive on May 30, 2005, in the country of Aruba.

8. On May 10, 2010, John Q. Kelly, attorney for Beth Holloway, Natalee's mother, met with Joran van der Sloot, the prime suspect in Natalee's disappearance, in Aruba as part of van der Sloot's scheme to extort $250,000 from Beth Holloway on the promise that he would reveal the location of her daughter's remains and the circumstances of her death in Aruba.

9. Van der Sloot caused Beth Holloway to wire $15,000 from her U.S. bank account to van der Sloot's bank account in the Netherlands, as well as an additional $10,000 to Plaintiff John Q. Kelly that Kelly delivered to van der Sloot in person in Aruba. Holloway was to wire the other $225,000 once the location of Natalee's remains had been confirmed.

10. The FBI videotaped and recorded the meeting between Kelly and van der Sloot in Aruba on May 10, 2010, when Kelly handed van der Sloot $10,000 cash, recorded the discussions between Kelly and Holloway to facilitate the $15,000 wire transfer to van der Sloot, and recorded van der Sloots account of the location of Natalee's remains and the circumstances of her death.

11. On June 3, 2010, more than five years after the disappearance of Natalee Holloway, and three weeks after the Kelly/van der Sloot meeting in Aruba, van der Sloot was captured by police in Chile in connection to the violent murder of Stephanie Flores Ramirez, a twenty-one-year-old Peruvian woman, which took place May 30, 2010, in a hotel in Lima. *See*

https://abcnews.go.com/International/TheLaw/natalee-holloway-suspect-joran-van-der-sloot-arrested/story?id=10817535.

12. On June 30, 2010, more than seven weeks after the FBI recorded the meeting between Kelly and van der Sloot, a federal grand jury indicted Joran van der Sloot on charges of wire fraud and extortion for soliciting $250,000 from Beth Hollway, Natalee's mother, on promises that he would reveal the location of her daughter's remains and the circumstances of her death in Aruba.

13. According to the indictment, van der Sloot caused Beth Holloway to wire $15,000 from her bank account to his account in the Netherlands, as well as an additional $10,000 to Plaintiff John Q. Kelly to deliver to van der Sloot in person.  Holloway was to wire the other $225,000 once the location of the remains had been confirmed.

14. On October 18, 2023, van der Sloot pleaded guilty to charges of extortion and wire fraud, having agreed to provide "full, complete, accurate, and truthful information regarding Natalee Holloway's disappearance" in exchange for a sentence of twenty years.  *See* https://www.justice.gov/usao-ndal/pr/joran-van-der-sloot-pleads-guilty-and-sentenced-extortion-and-wire-fraud.  Van der Sloot waived a pre-sentence report, was sentenced to 20 years to run concurrent with his sentence in Peru for murder, waived his right to appeal, and was returned to prison in Peru.

15. The FBI has publicly stated that it "worked diligently, and in association with Aruban authorities, to investigate and gather evidence in this matter" and that charges were brought due to "the agents' dedicated efforts."  *See* https://archives.fbi.gov/archives/birmingham/press-releases/2010/bh063010.htm.

16. The FBI has also acknowledged public scrutiny into why charges were not brought by the U.S. Attorney against van der Sloot so that the tragic death of Stephany Flores could have

been avoided, and claims that the investigation "was not sufficiently developed" to bring charges before van der Sloot left Aruba. *See* https://archives.fbi.gov/archives/birmingham/press-releases/2010/bh060910.htm.

## NOVEMBER 14, 2024 FOIA REQUEST TO FBI

17. On November 14, 2023, Plaintiff submitted the following FOIA request to FBI for records related to the investigation of the 2005 murder of Natalee Holloway in Aruba:

> 1. All video and audio recordings made May 10, 2010 by the FBI (Birmingham, Alabama office) of interactions/conversations between John Q. Kelly and Joran Van Der Sloot in the Marriott Hotel on the island of Aruba, as part of an FBI extortion and wire fraud investigation of Joran Van Der Sloat. Also, all audio recordings made by FBI of phone conversations between John Q Kelly and Beth Holloway on May 10, 2010 in Marriott Hotel in Aruba as part of same investigation.

18. A true and correct copy of the FOIA request is attached as Exhibit 1 with Plaintiff's personal information redacted.

19. Most of the content of the video and audio recordings were disclosed by van der Sloot in his allocation as part of his plea deal.

20. On November 21, 2023, the FBI assigned reference number 1611089-000 to the matter and issued a Glomar response, stating that it would "neither confirm nor deny the existence of such records" pursuant to FOIA exemptions (b)(6) and (b)(7)(c).

21. A true and correct copy of the letter is attached as Exhibit 2.

22. On November 27, 2023, Plaintiff submitted a certification of identity from Elizabeth "Beth" Ann Holloway, who is the mother of Natalee Holloway.

23. A true and correct copy of the correspondence is attached as Exhibit 3 with Beth Holloway's personal information redacted.

24. On November 27, 2023, FBI acknowledged receipt of the additional correspondence regarding the FOIA request. *Id*.

25. The FBI has not sent any further communications to Plaintiff regarding this request.

26. As of the date of this filing, the FBI has not issued a determination and has not produced any records.

## COUNT I – FBI'S FOIA VIOLATION

27. The above paragraphs are incorporated by reference.

28. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

29. Defendant FBI is a federal agency subject to FOIA.

30. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

32. Defendant FBI has failed to issue a determination within the statutory deadline.

33. Defendant FBI has failed to produce all non-exempt records responsive to the request as soon as practicable.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and produce the requested records as soon as practicable;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: May 24, 2024

RESPECTFULLY SUBMITTED,

<u>/s/ Matthew V. Topic</u>

Attorneys for Plaintiff
JOHN Q. KELLY

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com